IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BRENDA HANSHAW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | C.A. No. 6:16-cv-82 |
| AMERICAN HERITAGE LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## INDEX OF STATE COURT DOCUMENTS

Defendant submits the index of state court documents as follows:

| Ex. | Document | Date Filed |
|---|---|---|
| A | Plaintiff's Original Petition | 12/30/2015 |
| B | Citation request | 03/07/2016 |
| C | Citation issued | 03/07/2016 |
| D | Service of Process Transmittal with Citation and Petition, as served on Defendant | 03/10/2016 |
| E | Defendant's Original Answer | 03/31/2016 |

Dated: April 8, 2016                    Respectfully submitted,


By:  /s/ Andrew G. Jubinsky
        Andrew G. Jubinsky
        Texas Bar No. 11043000
        andy.jubinsky@figdav.com
        Daniel M. Branum
        Texas Bar No. 24064496
        dan.branum@figdav.com

**FIGARI + DAVENPORT, L.L.P.**
901 Main Street, Suite 3400
Dallas, Texas  75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been served on the parties listed below on April 8, 2016.

Joe Cannon
joe@cannonandwilson.com
Cannon & Wilson, P.C.
215 W. State Street
P.O. Box 109
Groesbeck, Texas 76642


        /s/ Andrew G. Jubinsky
        Andrew G. Jubinsky

Filed 12/30/2015 4:11:22 PM
Carol Jenkins, District Clerk
Limestone County, Texas
By: Barri Uhl,
Deputy Clerk

CAUSE NO. 30,806-B

| | | |
|---|---|---|
| **BRENDA HANSHAW** | § | **IN THE DISTRICT COURT** |
| **VS.** | § | **87 TH JUDICIAL DISTRICT** |
| **AMERICAN HERITAGE LIFE INSURANCE COMPANY** | § | **LIMESTONE COUNTY, TEXAS** |

### PLAINTIFF'S ORIGINAL PETITION

Comes now Brenda Hanshaw, surviving widow of Van Hanshaw, Deceased, as Plaintiff, complaining of American Heritage Life Insurance Company, hereinafter called defendant and for cause of action would show the Court the following.

I.

Plaintiff is a resident of Limestone County, Texas. Defendant is a life insurance company, authorized to transact business in the State of Texas. Service may be obtained by serving its registered agent and/or the Secretary of State.

II.

Plaintiff, Brenda Hanshaw, would show that on or about August 2002 and November 2011, her husband, Van Hanshaw, now deceased entered into two separate contracts with Defendant. The insurance policies, terms and conditions are well known to the Defendant and said Defendant is here and now given notice to produce same in Court or secondary evidence will be produced to prove the contents of same. Said policies provided for payment to Plaintiff's in Limestone County, Texas and Plaintiff's Insurance Company transacts business in Limestone County, Texas.

III.

Plaintiff, Brenda Hanshaw, would show that she and her husband complied with the terms and conditions and paid the premiums when same became due. On the contrary, however, Defendant herein breached said contract of insurance by failing and refusing to pay benefits under said policy.

Page 1 of 3

EXHIBIT
A

IV.

That under the terms of the policy of insurance Van Hanshaw contracted, in payment for a monthly premium as set out in said policy of insurance which said premium was paid to defendant, was entitled to receive indemnities as provided in said policy for loss caused by hospital confinement and other specified expenses resulting directly and independently of all other causes from accidental bodily injury or any illness sustained during any term of this policy, as more fully set out in the policy. That the policy then provided for certain daily hospital indemnity operating room expense, surgical dressings, castings, anesthesias, medicines, penicillin, laboratory service, x-rays, medical and ambulance benefits and surgical benefits, all as more fully set out in said policy, and reference to which here is made for all purposes.

V.

A majority of charges are listed in a statement provided by Plaintiff to the Insurance Company marked Exhibit "A" attached hereto and incorporated herein for the limited purpose of reflecting charges incurred by the insured, Van Hanshaw. That as a direct and proximate result of his conditions he incurred many and substantial hospital, medical, surgical and ambulance expenses which said charges were the reasonable, usual and customary charges made by the hospital, the doctors and the ambulance respectively, and such services and materials were reasonable and necessary to the care of Van Hanshaw.

VI.

That by virtue of said policy of insurance, the defendant became liable to plaintiff under the terms of said policy, and obligated itself to pay during the life of said policy.

VII.

Plaintiff would show that under the terms of said policy she made claim and furnished proof of loss for the time required by law, and within a reasonable time, and within the time provided within the policy. That the defendant failed and refused to pay said claim.

VIII.

That as a result of Defendants insurance company's failure and refusal to pay Plaintiff under the policy of insurance, Plaintiff was forced to secure the services of the Cannon & Wilson, Attorneys at Law, 215 W. State Street, Groesbeck, Texas and agreed to pay the said attorneys a reasonable fee for the prosecution and collection of such loss and damages under the terms of said policies. Under the provisions of the Insurance Code of Texas, Article 3.62, the

defendant has become liable to plaintiff as a result of said delay, in addition to the loss of terms of said policy, the sum of 12% damages on the amount of such loss, together with reasonable attorneys fees for the prosecution and collection of said loss.

That as a result thereof, defendant has become liable to the plaintiff in excess of $50,000.00, and reasonable attorneys fees for the preparation and trial in this Court.

Wherefore, premises considered, Plaintiff prays that the Plaintiff be awarded a judgment against Defendant for the prosecution and collection of such loss and damages as a result of the delay, in addition to the loss of terms of said policy, the sum of 12% damages on the amount of such loss, together with reasonable attorneys fees for the prosecution and collection of said loss with the additional sum of at least $3,000.00, (6%), as provided by Article 3.62, together with interest thereon from the date of judgment at the rate of 6% per annum, together with costs of suit, and such other and further relief and damage as they may show themselves entitled in the premises.

CANNON & WILSON, P.C.
215 W. State Street
P.O. Box 109
Groesbeck, Texas 76642
Tel: 254-729-3221
Fax: 254-729-8131

JOE CANNON
State Bar No. 03747000
Email: joe@cannonandwilson.com



**Allstate**
Benefits

American Heritage Life Insurance Company
1776 American Heritage Life Drive
Jacksonville, FL 32224-6687

If you have any questions about this notice or your claim, please call our Customer Service Department at 1-800-348-4489. To view a sample EOB and a description on how to read it, you can visit our website at www.allstatebenefits.com/mybenefits.

Illlull'IllunIIIllllllelIelellunlellellullleluleluleleln
THE ESTATE OF VAN HANSHAW
C/O CANNON & WILSON, PC
215 W STATE ST. PO BOX 109
GROESBECK, TX 76642-0109

| Patient Name | Check#: | Payment Amount |
|---|---|---|
| VAN HANSHAW | 002516970 | $250.00 |

Stop waiting by the mailbox to see if your check is "in the mail". We can now deposit your claim benefit payment directly into your bank account. Log onto www.allstatebenefits.com/mybenefits to learn how Allstate Benefits can help you get your claim benefit payment faster.

## EXPLANATION OF BENEFITS (EOB)

| Policy # | Group # | Member Name | Claim # | Date |
|---|---|---|---|---|
| 80M4145202 | 30000 | THE ESTATE OF VAN HANSHAW | 141828784 | 07/01/2014 |

| Provider Name / Benefit Type | Type of Service | Service From | Service Through | Expense | Excluded Amount | Remark Code (See Below) | Benefit Amount |
|---|---|---|---|---|---|---|---|
| TX HEALTH DALLAS | MISCELLANEOUS EXPENSE | 08/23/2012 | 08/23/2012 | $612.70 | $612.70 | 26 | |
| TX HEALTH DALLAS | AMBULATORY SURGICAL CENTER | 08/25/2012 | 08/25/2012 | $2,236.34 | $1,986.34 | 25 59 | $250.00 |
| TX HEALTH DALLAS | AMBULATORY SURGICAL CENTER | 01/11/2012 | 01/11/2012 | $6,772.61 | $6,772.61 | 53 59 | |
| TX HEALTH DALLAS | AMBULATORY SURGICAL CENTER | 01/25/2012 | 01/25/2012 | $6,901.25 | $6,901.25 | 53 59 | |
| TX HEALTH DALLAS | AMBULATORY SURGICAL CENTER | 03/14/2012 | 03/14/2012 | $6,653.25 | $6,653.25 | 53 59 | |
| TX HEALTH DALLAS | MISCELLANEOUS EXPENSE | 06/17/2012 | 06/17/2012 | $6,235.54 | $6,235.54 | 17 26 | |

| Total Expense | Excluded Amount | FICA/SSI Withheld Amount | Premium Deducted | Benefit Offset | Benefit |
|---|---|---|---|---|---|
| $29,411.69 | $29,161.69 | $0.00 | $0.00 | $0.00 | $250.00 |

| Remark Code | Explanation of Remark Code |
|---|---|
| 26 | TYPE OF SERVICE NOT COVERED UNDER THE POLICY |
| 25 | EXCEEDS AMOUNT PAYABLE UNDER THE POLICY |
| 59 | SUBMIT SURGEON'S BILL WITH PROCEDURE CODE(S) |
| 53 | SUBMIT OPERATIVE REPORT FOR THIS DATE OF SERVICE |
| 17 | X-RAYS AND SCANS ARE NOT COVERED UNDER THE POLICY |



D01010 9880M4145202EOB14070203002100128600100200211198

| Provider Name / Benefit Type | Type of Service | Service From | Service Through | Expense | Excluded Amount | Remark Code (See Below) | Benefit Amount |
|---|---|---|---|---|---|---|---|
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/08/2011 | 06/10/2011 | $1,680.00 | $1,680.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/13/2011 | 06/15/2011 | $1,680.00 | $1,680.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/17/2011 | 06/17/2011 | $560.00 | $560.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/20/2011 | 06/20/2011 | $560.00 | $560.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/21/2011 | 06/21/2011 | $2,502.00 | $2,502.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/21/2011 | 06/21/2011 | $560.00 | $560.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/23/2011 | 06/23/2011 | $560.00 | $560.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/16/2011 | 06/16/2011 | $560.00 | $560.00 | 28 | |
| TRANSPORTATION | TRANSPORTATION - VEHICLE | 05/24/2011 | 05/27/2011 | $120.00 | $0.00 | | $120.00 |
| TRANSPORTATION | TRANSPORTATION - VEHICLE | 05/31/2011 | 06/03/2011 | $120.00 | $0.00 | | $120.00 |
| TRANSPORTATION | TRANSPORTATION - VEHICLE | 06/06/2011 | 06/10/2011 | $150.00 | $0.00 | | $150.00 |
| TRANSPORTATION | TRANSPORTATION - VEHICLE | 06/13/2011 | 06/17/2011 | $150.00 | $0.00 | | $150.00 |
| TRANSPORTATION | TRANSPORTATION - VEHICLE | 06/20/2011 | 06/21/2011 | $60.00 | $0.00 | | $60.00 |
| TRANSPORTATION | TRANSPORTATION - VEHICLE | 06/23/2011 | 06/23/2011 | $30.00 | $0.00 | | $30.00 |

| Total Expense | Excluded Amount | FICA/SSI Withheld Amount | Premium Deducted | Benefit Offset | Benefit |
|---|---|---|---|---|---|
| $84,454.50 | $79,799.50 | $0.00 | $0.00 | $0.00 | $4,655.00 |

| Remark Code | Explanation of Remark Code |
|---|---|
| 89 | SUBMIT FULLY ITEMIZED BILL FROM PROVIDER |
| 26 | TYPE OF SERVICE NOT COVERED UNDER THE POLICY |
| 32 | INTERMEDIATE ICU IS NOT COVERED |
| 29 | DUPLICATE - EXPENSE PREVIOUSLY CONSIDERED |
| 28 | PLAN MAXIMUM HAS BEEN PAID UNDER THE POLICY |



**American Heritage Life Insurance Company**
1776 American Heritage Life Drive
Jacksonville, FL 32224-6687

If you have any questions about this notice or your claim, please call our Customer Service Department at 1-800-348-4489.  To view  a sample EOB and a description on how to read it, you can visit our website at www.allstatebenefits.com/mybenefits.

ılıllılıllılıllılıllııllıllııllıllılıllıllııllıllııllıllıl
THE ESTATE OF VAN HANSHAW
C/O CANNON & WILSON PC
215 W STATE ST. PO BOX 109
GROESBECK, TX 76642-0109

| Patient Name | Check#: | Payment Amount |
|---|---|---|
| VAN HANSHAW | 002516281 | $4,655.00 |

Stop waiting by the mailbox to see if your check is "in the mail". We can now deposit your claim benefit payment directly into your bank account. Log onto www.allstatebenefits.com/mybenefits to learn how Allstate Benefits can help you get your claim benefit payment faster.

# EXPLANATION OF BENEFITS (EOB)

| Policy # | Group # | Member Name | Claim # | Date |
|---|---|---|---|---|
| 55V0352280 | 30000 | THE ESTATE OF VAN HANSHAW | 141768603 | 07/01/2014 |

| Provider Name / Benefit Type | Type of Service | Service From | Service Through | Expense | Excluded Amount | Remark Code (See Below) | Benefit Amount |
|---|---|---|---|---|---|---|---|
| TX HEALTH DALLAS | HOSPITAL ROOM & BOARD | 10/24/2011 | 11/16/2011 | $2,300.00 | $0.00 | | $2,300.00 |
| TX HEALTH DALLAS | INPATIENT DRUGS/MEDICINES | 10/24/2011 | 11/16/2011 | $575.00 | $0.00 | | $575.00 |
| TX HEALTH DALLAS | ATTENDING PHYSICIAN/HOSP VISIT | 10/24/2011 | 11/16/2011 | $1,150.00 | $0.00 | | $1,150.00 |
| TX HEALTH DALLAS | PHYSICAL/SPEECH THERAPY | 10/24/2011 | 11/16/2011 | $2,195.50 | $2,195.50 | 89 | |
| TX HEALTH DALLAS | INTENSIVE CARE BENEFIT | 10/24/2011 | 11/16/2011 | $57,960.00 | $57,960.00 | 26 32 | |
| TX HEALTH DALLAS | BLOOD & PLASMA | 10/24/2011 | 11/16/2011 | $1,768.00 | $1,768.00 | 89 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/01/2011 | 06/01/2011 | $560.00 | $560.00 | 29 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 05/24/2011 | 05/24/2011 | $2,921.00 | $2,921.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 05/24/2011 | 05/24/2011 | $560.00 | $560.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 05/25/2011 | 05/27/2011 | $1,680.00 | $1,680.00 | 29 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 05/31/2011 | 05/31/2011 | $560.00 | $560.00 | 29 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 05/24/2011 | 05/24/2011 | $133.00 | $133.00 | 29 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/01/2011 | 06/03/2011 | $1,680.00 | $1,680.00 | 29 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/06/2011 | 06/07/2011 | $1,120.00 | $1,120.00 | 29 28 | |



001010 9155V0352280EOB1407020300210003880010030000620



**Allstate**
Benefits

American Heritage Life Insurance Company
1776 American Heritage Life Drive
Jacksonville, FL 32224-6687

If you have any questions about this notice or your claim, please call our Customer Service Department at 1-800-348-4489. To view a sample EOB and a description on how to read it, you can visit our website at www.allstatebenefits.com/mybenefits

THE ESTATE OF VAN HANSHAW
1520 LCR 454
GROESBECK, TX 76642-2722

| Patient Name | Check#: | Payment Amount |
|---|---|---|
| VAN HANSHAW | 002682582 | $1,325.00 |

Stop waiting by the mailbox to see if your check is "in the mail". We can now deposit your claim benefit payment directly into your bank account. Log onto www.allstatebenefits.com/mybenefits to learn how Allstate Benefits can help you get your claim benefit payment faster.

## EXPLANATION OF BENEFITS (EOB)

| Policy # | Group # | Member Name | Claim # | Date |
|---|---|---|---|---|
| 55V0352280 | 30000 | THE ESTATE OF VAN HANSHAW | 1414273871 | 12/24/2014 |

| Provider Name / Benefit Type | Type of Service | Service From | Service Through | Expense | Excluded Amount | Remark Code (See Below) | Benefit Amount |
|---|---|---|---|---|---|---|---|
| HILL REGIONAL HOSPITAL | HOSPITAL ROOM & BOARD | 10/17/2011 | 10/24/2011 | $700.00 | $0.00 | | $700.00 |
| HILL REGIONAL HOSPITAL | INPATIENT DRUGS/MEDICINES | 10/17/2011 | 10/24/2011 | $175.00 | $0.00 | | $175.00 |
| HILL REGIONAL HOSPITAL | ATTENDING PHYSICAN/HOSP VISIT | 10/17/2011 | 10/24/2011 | $350.00 | $0.00 | | $350.00 |
| HILL REGIONAL HOSPITAL | PHYSICAL/SPEECH THERAPY | 10/21/2011 | 10/21/2011 | $50.00 | $0.00 | | $50.00 |
| HILL REGIONAL HOSPITAL | PHYSICAL/SPEECH THERAPY | 10/23/2011 | 10/23/2011 | $50.00 | $0.00 | | $50.00 |
| HILL REGIONAL HOSPITAL | CHEMOTHERAPY / RADIATION | 10/17/2011 | 10/24/2011 | $195.00 | $195.00 | 28 | |

| Total Expense | Excluded Amount | FICA/SSI Withheld Amount | Premium Deducted | Benefit Offset | Benefit |
|---|---|---|---|---|---|
| $1,520.00 | $195.00 | $0.00 | $0.00 | $0.00 | $1,325.00 |

| Remark Code | Explanation of Remark Code |
|---|---|
| 28 | PLAN MAXIMUM HAS BEEN PAID UNDER THE POLICY |

All payments listed in this statement have been paid as of 12/24/2014. Keep this statement for income tax purposes as well as to ensure that your account has been properly credited. You are entitled to a review of the benefit determination if you have questions or do not agree. To obtain a review, submit your request in writing to the address below or you may call 1-800-348-4489. Your request should include your name, policy number and other identifying information shown on this form and the issues and comments you would like to have considered. You may also review documents pertinent to your claim. The written request for a review must be mailed or delivered within 60 days for non-ERISA plans (180 days for ERISA plans) following receipt of this explanation. We reserve the right to make a decision on this claim and future claims under the policy on the basis of any provision in the policy whether or not identified herein.

*American Heritage Life Insurance Company,*
*1776 American Heritage Life Drive Jacksonville, FL 32224-6687*



Filed 3/7/2016 12:03:32 PM
Carol Jenkins, District Clerk
Limestone County, Texas
By: Barri Uhl,
Deputy Clerk

# CANNON & WILSON, P.C.

ATTORNEYS AT LAW
215 W. STATE ST.
P. O. BOX 109
GROESBECK, TEXAS 76642
TELEPHONE: (254) 729-3221
FACSIMILE: (254) 729-8131
LEGAL@CANNONANDWILSON.COM

JOE CANNON
* MEDIATOR
JOE@CANNONANDWILSON.COM

R. SCOTT WILSON
SCOTT@CANNONANDWILSON.COM

March 7, 2016

Bari Uhl
Deputy Clerk at Limestone District Clerk
PO Box 230
Groesbeck, Texas 76642

RE:   Cause No. 30,806-B
      Brenda Hanshaw vs. American Heritage Life Insurance Company

Dear Bari:

Per our telephone conversation, please issue a new Citation with the following service address:

      C T Corporation System
      1999 Bryan Street Suite 900
      Dallas, TX 75201-3136

Thank you,

JOE CANNON
JC/lh

EXHIBIT
B

## THE STATE OF TEXAS

## CITATION

## CAUSE NO. 30,806-B

STATE OF TEXAS
COUNTY OF LIMESTONE

TO: **AMERICAN HERITAGE LIFE INSURANCE COMPANY, REGISTERED AGENT, C T CORPORATION SYSTEM, 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201-3136**, Defendant –GREETING

**NOTICE TO DEFENDANT:** *"You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.*

You are hereby commanded to appear before the Honorable 87th District Court of Limestone County, Texas to be held at the Courthouse in said County in the City of Groesbeck, Texas, *by filing a written answer* to the Plaintiff's Original Petition at or before 10 o'clock A.M. on the Monday next after the expiration of *20 days* after the date of service of this petition, a copy of which accompanies this citation in cause number **30,806-B,** styled as **BRENDA HANSHAW VS. AMERICAN HERITAGE LIFE INSURANCE COMPANY**, filed in said court on the 30th day of December, 2015.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition which accompanies this citation and made a part hereof.

The name and address of the attorney for plaintiff, or the address of the plaintiff is:
ATTORNEY JOE CANNON, CANNON & WILSON P.C., P.O. BOX 109, GROESBECK, TX 76642-1719, 254-729-3221.

Issued and given under my hand and seal of said Court at office, this the 7th day of March, 2016.

CAROL JENKINS
Limestone County District Clerk
P.O. Box 230
Groesbeck, Texas 76642

By: _____

Deputy  Barri Uhl

EXHIBIT
C

# OFFICER'S RETURN

**CAUSE NO. 30,806-B, STYLE: BRENDA HANSHAW VS. AMERICAN HERITAGE LIFE INSURANCE COMPANY**
**87TH DISTRICT COURT OF LIMESTONE COUNTY, TEXAS**

**DIRECTED TO: AMERICAN HERITAGE LIFE INSURANCE COMPANY, REGISTERED AGENT, C T CORPORATION SYSTEM, 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201-3136**

DATE CITATION ISSUED: 03/07/2016

Came to hand on _____ day of _____ at _____ o'clock _____M. and;

( ) executed it by delivering a copy of this citation with the date of delivery endorsed on it to defendant,

_____

_____ in person on the _____ day of _____, 20_____ at _____ o'clock _____M.

at _____; or

( ) executed it by mailing a copy of the citation via registered/certified mail on the _____ day of _____, 20_____

to defendant _____

_____Attaching the return receipt, with the addressee's signature, to the return; or

( ) did not execute it because _____

_____

Total Fees:  $_____            _____
                                     Sheriff/Constable/District Clerk

                                     of_____County, Texas

                                     By: _____
                                                      Deputy

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

"My name is _____, my date of birth is _____, and my address is

_____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of _____, 20_____.


                                     _____
                                     Declarant/Authorized Process Server

                                     _____
                                     (Id # & expiration of certification)

## THE STATE OF TEXAS

## CITATION

## CAUSE NO. 30,806-B

STATE OF TEXAS
COUNTY OF LIMESTONE

TO: **AMERICAN HERITAGE LIFE INSURANCE COMPANY, 1019 BRAZOS STREET, AUSTIN, TX 78701**, Defendant
–GREETING

**NOTICE TO DEFENDANT:** *"You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.*

You are hereby commanded to appear before the Honorable 87th District Court of Limestone County, Texas to be held at the Courthouse in said County in the City of Groesbeck, Texas, **_by filing a written answer_** to the Plaintiff's Original Petition at or before 10 o'clock A.M. on the Monday next after the expiration of *20 days* after the date of service of this petition, a copy of which accompanies this citation in cause number **30,806-B,** styled as **BRENDA HANSHAW VS. AMERICAN HERITAGE LIFE INSURANCE COMPANY**, filed in said court on the 30th day of December, 2015.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition which accompanies this citation and made a part hereof.

The name and address of the attorney for plaintiff, or the address of the plaintiff is:
JOE CANNON, P.O. BOX 109, GROESBECK, TX 76642, 254-729-3221.

Issued and given under my hand and seal of said Court at office, this the 31st day of December, 2015.



CAROL JENKINS
Limestone County District Clerk
P.O. Box 230
Groesbeck, Texas 76642

By: _____

Deputy Barri Uhl

## OFFICER'S RETURN

**CAUSE NO. 30,806-B, STYLE:  BRENDA HANSHAW VS. AMERICAN HERITAGE LIFE INSURANCE COMPANY 87TH DISTRICT COURT OF LIMESTONE COUNTY, TEXAS**

**DIRECTED TO:  AMERICAN HERITAGE LIFE INSURANCE COMPANY, 1019 BRAZOS STREET, AUSTIN, TX 78701**

DATE CITATION ISSUED: 12/31/2015

Came to hand on _____ day of _____ at _____o'clock ____M. and;

(  ) executed it by delivering a copy of this citation with the date of delivery endorsed on it to defendant,

_____

_____ in person on the _____ day of _____, 20____ at _____o'clock ____M.

at _____; or

(  ) executed it by mailing a copy of the citation via registered/certified mail on the _____ day of _____, 20____

to defendant _____

_____Attaching the return receipt, with the addressee's signature, to the return; or

(  ) did not execute it because _____

_____

Total Fees:  $_____          _____
                                  Sheriff/Constable/District Clerk

                                  of_____County, Texas

                                  By: _____
                                              Deputy

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

"My name is _____, my date of birth is _____, and my address is

_____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of _____, 20____.

                              _____
                              Declarant/Authorized Process Server

                              _____
                              (Id # & expiration of certification)

 **CT Corporation**

**Service of Process Transmittal**
03/10/2016
CT Log Number 528796565

**TO:**  L&R Home Office Intake Unit
Allstate Insurance Company
2775 Sanders Rd # A2W
Northbrook, IL 60062-6110

**RE:**  **Process Served in Texas**

**FOR:**  American Heritage Life Insurance Company  (Domestic State: FL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | BRENDA HANSHAW, Pltf. vs. American Heritage Life Insurance Company, Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Explanation(s) |
| **COURT/AGENCY:** | 87th Judicial District Court Limestone County, TX<br>Case # 30806B |
| **NATURE OF ACTION:** | Insurance Litigation - Claim for policy benefits |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/10/2016 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next after the expiration of 20 days after you were served |
| **ATTORNEY(S) / SENDER(S):** | Joe Cannon<br>Cannon & Wilson, P.C.<br>215 W. State Street<br>P.O. Box 109<br>Groesbeck, TX 76642<br>254-729-3221 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/11/2016, Expected Purge Date: 03/16/2016<br><br>Image SOP<br><br>Email Notification,  Jessica Tortorello  jessica.tortorello@allstate.com<br><br>Email Notification,  Aspen Sprague  aspra@allstate.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **TELEPHONE:** | 214-932-3601 |



EXHIBIT
**D**

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

PO Box 45
Groesbeck, TX 76642

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7015 0640 0004 6365 6090

CT CORPORATION SYSTEM
1999 Bryan Street
Suite 900
Dallas, Texas 75201-3136

1000

75201

U.S. POSTAGE
PAID
GROESBECK, TX
76842
MAR 08, 16
AMOUNT
**$6.96**
R2305K132597-07

752018∃140 c00∃

# THE STATE OF TEXAS

## CITATION

### CAUSE NO. 30,806-B

STATE OF TEXAS
COUNTY OF LIMESTONE

TO: **AMERICAN HERITAGE LIFE INSURANCE COMPANY, REGISTERED AGENT, C T CORPORATION SYSTEM, 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201-3136**, Defendant –GREETING

**NOTICE TO DEFENDANT:** *"You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.*

You are hereby commanded to appear before the Honorable 87th District Court of Limestone County, Texas to be held at the Courthouse in said County in the City of Groesbeck, Texas, *__by filing a written answer__* to the Plaintiff's Original Petition at or before 10 o'clock A.M. on the Monday next after the expiration of *20 days* after the date of service of this petition, a copy of which accompanies this citation in cause number **30,806-B**, styled as **BRENDA HANSHAW VS. AMERICAN HERITAGE LIFE INSURANCE COMPANY,** filed in said court on the 30th day of December, 2015.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition which accompanies this citation and made a part hereof.

The name and address of the attorney for plaintiff, or the address of the plaintiff is:
ATTORNEY JOE CANNON, CANNON & WILSON P.C., P.O. BOX 109, GROESBECK, TX 76642-1719, 254-729-3221.

Issued and given under my hand and seal of said Court at office, this the 7th day of March, 2016.



CAROL JENKINS
Limestone County District Clerk
P.O. Box 230
Groesbeck, Texas 76642

By: _____
Deputy  Barri Uhl

Filed 12/30/2015 4:11:22 PM
Carol Jenkins, District Clerk
Limestone County, Texas
By: Barri Uhl,
Deputy Clerk

CAUSE NO. 30,806-B

| | | |
|---|---|---|
| **BRENDA HANSHAW** | § | **IN THE DISTRICT COURT** |
| **VS.** | § | **87   TH JUDICIAL DISTRICT** |
| **AMERICAN HERITAGE LIFE INSURANCE COMPANY** | § | **LIMESTONE COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

Comes now Brenda Hanshaw, surviving widow of Van Hanshaw, Deceased, as Plaintiff, complaining of American Heritage Life Insurance Company, hereinafter called defendant and for cause of action would show the Court the following.

I.

Plaintiff is a resident of Limestone County, Texas. Defendant is a life insurance company, authorized to transact business in the State of Texas. Service may be obtained by serving its registered agent and/or the Secretary of State.

II.

Plaintiff, Brenda Hanshaw, would show that on or about August 2002 and November 2011, her husband, Van Hanshaw, now deceased entered into two separate contracts with Defendant. The insurance policies, terms and conditions are well known to the Defendant and said Defendant is here and now given notice to produce same in Court or secondary evidence will be produced to prove the contents of same. Said policies provided for payment to Plaintiff's in Limestone County, Texas and Plaintiff's Insurance Company transacts business in Limestone County, Texas.

III.

Plaintiff, Brenda Hanshaw, would show that she and her husband complied with the terms and conditions and paid the premiums when same became due. On the contrary, however, Defendant herein breached said contract of insurance by failing and refusing to pay benefits under said policy.

Page 1 of 3

IV.

That under the terms of the policy of insurance Van Hanshaw contracted, in payment for a monthly premium as set out in said policy of insurance which said premium was paid to defendant, was entitled to receive indemnities as provided in said policy for loss caused by hospital confinement and other specified expenses resulting directly and independently of all other causes from accidental bodily injury or any illness sustained during any term of this policy, as more fully set out in the policy. That the policy then provided for certain daily hospital indemnity operating room expense, surgical dressings, castings, anesthesias, medicines, penicillin, laboratory service, x-rays, medical and ambulance benefits and surgical benefits, all as more fully set out in said policy, and reference to which here is made for all purposes.

V.

A majority of charges are listed in a statement provided by Plaintiff to the Insurance Company marked Exhibit "A" attached hereto and incorporated herein for the limited purpose of reflecting charges incurred by the insured, Van Hanshaw. That as a direct and proximate result of his conditions he incurred many and substantial hospital, medical, surgical and ambulance expenses which said charges were the reasonable, usual and customary charges made by the hospital, the doctors and the ambulance respectively, and such services and materials were reasonable and necessary to the care of Van Hanshaw.

VI.

That by virtue of said policy of insurance, the defendant became liable to plaintiff under the terms of said policy, and obligated itself to pay during the life of said policy.

VII.

Plaintiff would show that under the terms of said policy she made claim and furnished proof of loss for the time required by law, and within a reasonable time, and within the time provided within the policy. That the defendant failed and refused to pay said claim.

VIII.

That as a result of Defendants insurance company's failure and refusal to pay Plaintiff under the policy of insurance, Plaintiff was forced to secure the services of the Cannon & Wilson, Attorneys at Law, 215 W. State Street, Groesbeck, Texas and agreed to pay the said attorneys a reasonable fee for the prosecution and collection of such loss and damages under the terms of said policies. Under the provisions of the Insurance Code of Texas, Article 3.62, the

defendant has become liable to plaintiff as a result of said delay, in addition to the loss of terms of said policy, the sum of 12% damages on the amount of such loss, together with reasonable attorneys fees for the prosecution and collection of said loss.

That as a result thereof, defendant has become liable to the plaintiff in excess of $50,000.00, and reasonable attorneys fees for the preparation and trial in this Court.

Wherefore, premises considered, Plaintiff prays that the Plaintiff be awarded a judgment against Defendant for the prosecution and collection of such loss and damages as a result of the delay, in addition to the loss of terms of said policy, the sum of 12% damages on the amount of such loss, together with reasonable attorneys fees for the prosecution and collection of said loss with the additional sum of at least $3,000.00, (6%), as provided by Article 3.62, together with interest thereon from the date of judgment at the rate of 6% per annum, together with costs of suit, and such other and further relief and damage as they may show themselves entitled in the premises.

CANNON & WILSON, P.C.
215 W. State Street
P.O. Box 109
Groesbeck, Texas 76642
Tel: 254-729-3221
Fax: 254-729-8131

JOE CANNON
State Bar No. 03747000
Email: joe@cannonandwilson.com

**American Heritage Life Insurance Company**
*1776 American Heritage Life Drive*
*Jacksonville, FL 32224-6687*

# Allstate
### Benefits

If you have any questions about this notice or your claim, please call our Customer Service Department at 1-800-348-4489. To view a sample EOB and a description on how to read it, you can visit our website at www.allstatebenefits.com/mybenefits.

| Patient Name | Check#: | Payment Amount |
|---|---|---|
| VAN HANSHAW | 002516970 | $250.00 |

Stop waiting by the mailbox to see if your check is "in the mail". We can now deposit your claim benefit payment directly into your bank account. Log onto www.allstatebenefits.com/mybenefits to learn how Allstate Benefits can help you get your claim benefit payment faster.

THE ESTATE OF VAN HANSHAW
C/O CANNON & WILSON, PC
215 W STATE ST. PO BOX 109
GROESBECK, TX 76642-0109

## EXPLANATION OF BENEFITS (EOB)

| Policy #. | Group # | Member Name | Claim # | Date |
|---|---|---|---|---|
| 80M4145202 | 30000 | THE ESTATE OF VAN HANSHAW | 141828784 | 07/01/2014 |

| Provider Name / Benefit Type | Type of Service | Service From | Service Through | Expense | Excluded Amount | Remark Code (See Below) | Benefit Amount |
|---|---|---|---|---|---|---|---|
| TX HEALTH DALLAS | MISCELLANEOUS EXPENSE | 08/23/2012 | 08/23/2012 | $612.70 | $612.70 | 26 | |
| TX HEALTH DALLAS | AMBULATORY SURGICAL CENTER | 08/25/2012 | 08/25/2012 | $2,236.34 | $1,986.34 | 25 59 | $250.00 |
| TX HEALTH DALLAS | AMBULATORY SURGICAL CENTER | 01/11/2012 | 01/11/2012 | $6,772.61 | $6,772.61 | 53 59 | |
| TX HEALTH DALLAS | AMBULATORY SURGICAL CENTER | 01/25/2012 | 01/25/2012 | $6,901.25 | $6,901.25 | 53 59 | |
| TX HEALTH DALLAS | AMBULATORY SURGICAL CENTER | 03/14/2012 | 03/14/2012 | $6,653.25 | $6,653.25 | 53 59 | |
| TX HEALTH DALLAS | MISCELLANEOUS EXPENSE | 06/17/2012 | 06/17/2012 | $6,235.54 | $6,235.54 | 17 26 | |

| Total Expense | Excluded Amount | FICA/SSI Withheld Amount | Premium Deducted | Benefit Offset | Benefit |
|---|---|---|---|---|---|
| $29,411.69 | $29,161.69 | $0.00 | $0.00 | $0.00 | $250.00 |

| Remark Code | Explanation of Remark Code |
|---|---|
| 26 | TYPE OF SERVICE NOT COVERED UNDER THE POLICY |
| 25 | EXCEEDS AMOUNT PAYABLE UNDER THE POLICY |
| 59 | SUBMIT SURGEON'S BILL WITH PROCEDURE CODE(S) |
| 53 | SUBMIT OPERATIVE REPORT FOR THIS DATE OF SERVICE |
| 17 | X-RAYS AND SCANS ARE NOT COVERED UNDER THE POLICY |



| Provider Name / Benefit Type | Type of Service | Service From | Service Through | Expense | Excluded Amount | Remark Code (See Below) | Benefit Amount |
|---|---|---|---|---|---|---|---|
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/08/2011 | 06/10/2011 | $1,680.00 | $1,680.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/13/2011 | 06/15/2011 | $1,680.00 | $1,680.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/17/2011 | 06/17/2011 | $560.00 | $560.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/20/2011 | 06/20/2011 | $560.00 | $560.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/21/2011 | 06/21/2011 | $2,502.00 | $2,502.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/21/2011 | 06/21/2011 | $560.00 | $560.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/23/2011 | 06/23/2011 | $560.00 | $560.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/16/2011 | 06/16/2011 | $560.00 | $560.00 | 28 | |
| TRANSPORTATION | TRANSPORTATION - VEHICLE | 05/24/2011 | 05/27/2011 | $120.00 | $0.00 | | $120.00 |
| TRANSPORTATION | TRANSPORTATION - VEHICLE | 05/31/2011 | 06/03/2011 | $120.00 | $0.00 | | $120.00 |
| TRANSPORTATION | TRANSPORTATION - VEHICLE | 06/06/2011 | 06/10/2011 | $150.00 | $0.00 | | $150.00 |
| TRANSPORTATION | TRANSPORTATION - VEHICLE | 06/13/2011 | 06/17/2011 | $150.00 | $0.00 | | $150.00 |
| TRANSPORTATION | TRANSPORTATION - VEHICLE | 06/20/2011 | 06/21/2011 | $60.00 | $0.00 | | $60.00 |
| TRANSPORTATION | TRANSPORTATION - VEHICLE | 06/23/2011 | 06/23/2011 | $30.00 | $0.00 | | $30.00 |

| Total Expense | Excluded Amount | FICA/SSI Withheld Amount | Premium Deducted | Benefit Offset | Benefit |
|---|---|---|---|---|---|
| $84,454.50 | $79,799.50 | $0.00 | $0.00 | $0.00 | $4,655.00 |

| Remark Code | Explanation of Remark Code |
|---|---|
| 89 | SUBMIT FULLY ITEMIZED BILL FROM PROVIDER |
| 26 | TYPE OF SERVICE NOT COVERED UNDER THE POLICY |
| 32 | INTERMEDIATE ICU IS NOT COVERED |
| 29 | DUPLICATE - EXPENSE PREVIOUSLY CONSIDERED |
| 28 | PLAN MAXIMUM HAS BEEN PAID UNDER THE POLICY |



American Heritage Life Insurance Company
1776 American Heritage Life Drive
Jacksonville, FL 32224-6687

**Allstate.**
Benefits

If you have any questions about this notice or your claim, please call our Customer Service Department at 1-800-348-4489. To view a sample EOB and a description on how to read it, you can visit our website at www.allstatebenefits.com/mybenefits.

| Patient Name | Check#: | Payment Amount |
|---|---|---|
| VAN HANSHAW | 002516281 | $4,655.00 |

Stop waiting by the mailbox to see if your check is "in the mail". We can now deposit your claim benefit payment directly into your bank account. Log onto www.allstatebenefits.com/mybenefits to learn how Allstate Benefits can help you get your claim benefit payment faster.

THE ESTATE OF VAN HANSHAW
C/O CANNON & WILSON PC
215 W STATE ST. PO BOX 109
GROESBECK, TX 76642-0109

## EXPLANATION OF BENEFITS (EOB)

| Policy # | Group # | Member Name | Claim # | Date |
|---|---|---|---|---|
| 55V0352280 | 30000 | THE ESTATE OF VAN HANSHAW | 141768603 | 07/01/2014 |

| Provider Name / Benefit Type | Type of Service | Service From | Service Through | Expense | Excluded Amount | Remark Code (See Below) | Benefit Amount |
|---|---|---|---|---|---|---|---|
| TX HEALTH DALLAS | HOSPITAL ROOM & BOARD | 10/24/2011 | 11/16/2011 | $2,300.00 | $0.00 | | $2,300.00 |
| TX HEALTH DALLAS | INPATIENT DRUGS/MEDICINES | 10/24/2011 | 11/16/2011 | $575.00 | $0.00 | | $575.00 |
| TX HEALTH DALLAS | ATTENDING PHYSICAN/HOSP VISIT | 10/24/2011 | 11/16/2011 | $1,150.00 | $0.00 | | $1,150.00 |
| TX HEALTH DALLAS | PHYSICAL/SPEECH THERAPY | 10/24/2011 | 11/16/2011 | $2,195.50 | $2,195.50 | 89 | |
| TX HEALTH DALLAS | INTENSIVE CARE BENEFIT | 10/24/2011 | 11/16/2011 | $57,960.00 | $57,960.00 | 26 32 | |
| TX HEALTH DALLAS | BLOOD & PLASMA | 10/24/2011 | 11/16/2011 | $1,768.00 | $1,768.00 | 89 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/01/2011 | 06/01/2011 | $560.00 | $560.00 | 29 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 05/24/2011 | 05/24/2011 | $2,921.00 | $2,921.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 05/24/2011 | 05/24/2011 | $560.00 | $560.00 | 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 05/25/2011 | 05/27/2011 | $1,680.00 | $1,680.00 | 29 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 05/31/2011 | 05/31/2011 | $560.00 | $560.00 | 29 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 05/24/2011 | 05/24/2011 | $133.00 | $133.00 | 29 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/01/2011 | 06/03/2011 | $1,680.00 | $1,680.00 | 29 28 | |
| TEXAS ONCOLOGY PA | CHEMOTHERAPY / RADIATION | 06/06/2011 | 06/07/2011 | $1,120.00 | $1,120.00 | 29 28 | |



American Heritage Life Insurance Company

**Allstate.**
Benefits



1776 American Heritage Life Drive
Jacksonville, FL 32224-6687

If you have any questions about this notice or your claim, please call our Customer Service Department at 1-800-348-4489. To view a sample EOB and a description on how to read it, you can visit our website at www.allstatebenefits.com/mybenefits.

ıljıılıılljıllljıılljılljlıılljlıılljlıılljlıılljlıılljlıılljlı
THE ESTATE OF VAN HANSHAW
1520 LCR 454
GROESBECK, TX 76642-2722

| Patient Name | Check#: | Payment Amount |
|---|---|---|
| VAN HANSHAW | 002682582 | $1,325.00 |

Stop waiting by the mailbox to see if your check is "in the mail". We can now deposit your claim benefit payment directly into your bank account. Log onto www.allstatebenefits.com/mybenefits to learn how Allstate Benefits can help you get your claim benefit payment faster.

## EXPLANATION OF BENEFITS (EOB)

| Policy # | Group # | Member Name | Claim # | Date |
|---|---|---|---|---|
| 55V0352280 | 30000 | THE ESTATE OF VAN HANSHAW | 1414273871 | 12/24/2014 |

| Provider Name / Benefit Type | Type of Service | Service From | Service Through | Expense | Excluded Amount | Remark Code (See Below) | Benefit Amount |
|---|---|---|---|---|---|---|---|
| HILL REGIONAL HOSPITAL | HOSPITAL ROOM & BOARD | 10/17/2011 | 10/24/2011 | $700.00 | $0.00 | | $700.00 |
| HILL REGIONAL HOSPITAL | INPATIENT DRUGS/MEDICINES | 10/17/2011 | 10/24/2011 | $175.00 | $0.00 | | $175.00 |
| HILL REGIONAL HOSPITAL | ATTENDING PHYSICAN/HOSP VISIT | 10/17/2011 | 10/24/2011 | $350.00 | $0.00 | | $350.00 |
| HILL REGIONAL HOSPITAL | PHYSICAL/SPEECH THERAPY | 10/21/2011 | 10/21/2011 | $50.00 | $0.00 | | $50.00 |
| HILL REGIONAL HOSPITAL | PHYSICAL/SPEECH THERAPY | 10/23/2011 | 10/23/2011 | $50.00 | $0.00 | | $50.00 |
| HILL REGIONAL HOSPITAL | CHEMOTHERAPY / RADIATION | 10/17/2011 | 10/24/2011 | $195.00 | $195.00 | 28 | |

| Total Expense | Excluded Amount | FICA/SSI Withheld Amount | Premium Deducted | Benefit Offset | Benefit |
|---|---|---|---|---|---|
| $1,520.00 | $195.00 | $0.00 | $0.00 | $0.00 | $1,325.00 |

| Remark Code | Explanation of Remark Code |
|---|---|
| 28 | PLAN MAXIMUM HAS BEEN PAID UNDER THE POLICY |

All payments listed in this statement have been paid as of 12/24/2014. Keep this statement for income tax purposes as well as to ensure that your account has been properly credited. You are entitled to a review of the benefit determination if you have questions or do not agree. To obtain a review, submit your request in writing to the address below or you may call 1-800-348-4489. Your request should include your name, policy number and other identifying information shown on this form and the issues and comments you would like to have considered. You may also review documents pertinent to your claim. The written request for a review must be mailed or delivered within 60 days for non-ERISA plans (180 days for ERISA plans) following receipt of this explanation. We reserve the right to make a decision on this claim and future claims under the policy on the basis of any provision in the policy whether or not identified herein.

American Heritage Life Insurance Company,
1776 American Heritage Life Drive Jacksonville, FL 32224-6687

001010 2855V0352280EOB141225030017000028001002000

Filed 3/31/2016 4:09:46 PM
Carol Jenkins, District Clerk
Limestone County, Texas
By: Barri Uhl,
Deputy Clerk

CAUSE NO. 30,806-B

| | | |
|---|---|---|
| BRENDA HANSHAW, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | LIMESTONE COUNTY, TEXAS |
| | § | |
| AMERICAN HERITAGE LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | 87TH JUDICIAL DISTRICT |

## **<u>DEFENDANT'S ORIGINAL ANSWER</u>**

Defendant files its original answer, and states:

1.      Subject to such admissions and stipulations as may be made at or before time of trial, Defendant denies generally and specially the material allegations in Plaintiff's Original Petition, pursuant to Tex. R. Civ. P. 92, and demands strict proof thereof in accordance with the requirements of the laws of this state.

2.      Defendant requests the following relief:

    (a)    That Plaintiff take nothing by reason of her suit;

    (b)    That Defendant be dismissed with its costs; and

    (c)    That Defendant have such other and further relief, both general and special, at law and in equity, to which it may show itself justly entitled.



EXHIBIT
**E**

---

Dated: March 31, 2016                Respectfully submitted,


                                     By: /s/ Andrew G. Jubinsky
                                          Andrew G. Jubinsky
                                          Texas Bar No. 11043000
                                          andy.jubinsky@figdav.com
                                          Daniel M. Branum
                                          Texas Bar No. 24064496
                                          dan.branum@figdav.com

                                     FIGARI + DAVENPORT, L.L.P.
                                     901 Main Street, Suite 3400
                                     Dallas, Texas  75202
                                     Telephone: (214) 939-2000
                                     Facsimile: (214) 939-2090

                                     ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

        This is to certify that a true and correct copy of the foregoing document has been served on the parties listed below on March 31, 2016.

**Via efile.txcourts.gov:**
Joe Cannon
joe@cannonandwilson.com
Cannon & Wilson, P.C.
215 W. State Street
P.O. Box 109
Groesbeck, Texas 76642


                                     /s/ Andrew G. Jubinsky
                                     Andrew G. Jubinsky