IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRENDA HANSHAW, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § C.A. No. 6:16-cv-82 <br> § <br> AMERICAN HERITAGE LIFE § <br> INSURANCE COMPANY, § <br> § <br> Defendant. § | |

## AGREED ORDER OF REMAND

The Court, having considered the Agreed Motion to Remand and that Plaintiff has judicially admitted and stipulated that all recoverable damages in this action, plus all recoverable costs and attorney's fees, shall in no event exceed $60,000.00, the Court hereby remands this case to the 87th Judicial District in Limestone County, Texas. It is therefore,

ORDERED that the above-referenced action is remanded to the 87th Judicial District in Limestone County, Texas. It is further,

ORDERED that costs and attorney's fees are taxed against the party incurring same.

SO ORDERED.

SIGNED this 1st day of June, 2016.

*William G. Young (by JG)*
UNITED STATES DISTRICT JUDGE

**AGREED:**

By: /s/ Andy McSwain
    Andy McSwain
    Texas Bar No. 13861100
    amcswain@fulbrightlaw.com

**FULBRIGHT WINNIFORD**
P.O. Box 445
Waco, Texas 76703-0445
Telephone: (254) 776-6000
Facsimile: (254) 776-8555

Joe Cannon
Texas Bar No. 03747000
joe@cannonandwilson.com
**CANNON & WILSON, P.C.**
215 W. State Street
Groesbeck, Texas 76642
Telephone: (254) 729-3221
Facsimile: (254) 729-8131

**ATTORNEYS FOR PLAINTIFF**

By: /s/ Daniel M. Branum
    Andrew G. Jubinsky
    Texas Bar No. 11043000
    andy.jubinsky@figdav.com
    Daniel M. Branum
    Texas Bar No. 24064496
    dan.branum@figdav.com

**FIGARI + DAVENPORT, L.L.P.**
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090
**ATTORNEYS FOR DEFENDANT**