

| | | |
|---|---|---|
| JEANNETTE J. CLACK<br>CLERK OF COURT | **UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>OFFICE OF THE CLERK<br>800 FRANKLIN AVE., ROOM 380<br>WACO, TX 76701** | PHILIP J. DEVLIN<br>CHIEF DEPUTY |

June 3, 2016

**FILED**

JUN 09 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

District Clerk's Office
87th Judicial District Court of Limestone County
P.O. Box 230
Groesbeck, TX 76642

**Re: Brenda Hanshaw vs. American Heritage Life Insurance Company – 6:16-CV-000082
Your Case No. 30,806-B**

Enclosed please find a certified copy of the order of remand filed June 1, 2016, remanding the case back to the 87th Judicial District Court in Limestone County, Texas.

All other documents are available electronically in CM/ECF. You may access electronically filed documents for this case at our CM/ECF web address: https://ecf.txwd.uscourts.gov.

A copy of this letter and a return envelope are enclosed for your convenience in acknowledging receipt of this order.

Sincerely,

*Melissa Copp*
Melissa Copp
Deputy Clerk

PLEASE ACKNOWLEDGE BELOW RECEIPT OF THE DOCUMENTS DESCRIBED ABOVE:

DATE: 6-7-16

87th District Court in Limestone County, TX, Clerk

By: _____
           Deputy Clerk

CC: Attorneys of Record